(Reap. Dec. 10818)

AUT CUSTOMS BROKERS, INC., A/C FADEX COMMERCIAL CORP. *v.* UNITED STATES

Entry No. 785919.

(Decided August 31, 1964)

*Barnes, Richardson & Colburn* for the plaintiff.
*John W. Douglas*, Assistant Attorney General, for the defendant.

RAO, Judge: The appeal for reappraisement listed above has been submitted for decision upon the following stipulation:

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, subject to the approval of the Court, as follows:

1. That the merchandise here involved consists of automobiles imported after the effective date of the Customs Simplification Act of 1956; that said automobiles are identified on the Final List published by the Secretary of the Treasury pursuant to said Customs Simplification Act (T.D. 54521), and are subject to appraisement under the provisions of Section 402a of the Tariff Act of 1930 as amended.

2. That on or about the dates of exportation of the merchandise involved herein, such or similar merchandise was not freely offered for sale in the country of exportation for home consumption or for exportation to the United States.

3. That on or about the said dates of exportation, such or similar imported merchandise was not freely offered for sale for domestic consumption in the United States.

4. That the cost of production as defined in Section 402a(f) of the Tariff Act of 1930 as amended of the automobiles involved herein is deutschemarks 2968.00 for the one-tone model and deutschemarks 2983.00 for the two-tone model; plus deutschemarks 180.00 for "Saxomat," plus deutschemarks 35.00 per set for white-wall tires, plus deutschemarks 2.20 per set for protective covers for seats and backs.

5. That this appeal may be submitted on this stipulation, the same being limited to the merchandise and the issues described hereinabove and abandoned in all other respects.

Upon the agreed facts, I find cost of production, as that value is defined in section 402a(f) of the Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, to be the proper basis for the determination of the value of the merchandise covered by this appeal for reappraisement and that such values were deutsche marks 2968 for the one-tone model and deutsche marks 2983 for the two-tone model; plus deutsche marks 180 for "Saxomat," plus deutsche marks 2.20 per set for protective covers for seats and backs, plus deutsche marks 35 per set for whitewall tires.

Judgment will be entered accordingly.